IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERMAINE WHITE,

               Petitioner,                       ORDER

     v.                                       09-cv-0535-slc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

               Respondent.

---

On September 8, 2009, this court issued an order directing respondent to file a response to Grounds 1 and 2 of the petition for a writ of habeas corpus filed by Jermaine White, an inmate at the Green Bay Correctional Institution. The order provided that if respondent did not file a dispositive motion, then petitioner would have 30 days after the answer was filed in which to submit a brief in support of his petition.

The answer was filed on October 7, 2009. This meant that petitioner had until November 6, 2009 in which to file his brief. Petitioner was mailed a copy of the briefing schedule. It is now November 24 and this court has not received a brief or heard anything from petitioner.

I will grant petitioner a short extension of his deadline to file a brief in support of his petition. Petitioner shall file a brief not later than December 7, 2009. If petitioner fails to file a brief by that date, then the court will decide the petition on the existing record.

ORDER

IT IS ORDERED THAT petitioner Jermaine White has until December 7, 2009, in which to file a brief in support of his petition. If petitioner fails to file a brief by that date, the court will decide the petition on the existing record.

Entered this 27th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge