IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMAINE WHITE,

    Petitioner,

v.

WILLIAM POLLARD, Warden
Green Bay Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-535-vis

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner Jermaine White's petition for a writ of habeas corpus.

_____       DEC 3 1 2009
Peter Oppeneer, Clerk of Court       Date